**John MATTOX, Appellant, v. The STATE of Texas, Appellee.**

**No. 20571.**

Court of Criminal Appeals of Texas.

June 21, 1939.

Walter L. Johnston, of Galveston, for appellant.

Lloyd. W. Davidson, State's Atty., of Austin, for the State.

1214

HAWKINS, Judge.

Conviction is for murder, punishment assessed being two years in the penitentiary.

Appellant has filed his affidavit advising that he desires to withdraw his notice of appeal, and upon his request the appeal is dismissed.